## WEED *v.* CRANE.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF MASSACHUSETTS.

No. 123. Submitted March 15, 1870. — Decided April 4, 1870.

There being no exception to a ruling or to anything which took place at the trial, there is nothing in the record to be reviewed, and the judgment below is affirmed.

THE case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

On looking into the record of this cause we find no exception to any ruling of the court upon the trial, nor any exception to the report of the assessor, nor to any ruling of the court in relation to it. There is nothing, therefore, in the record which can be reviewed here upon error; and the judgment of the Circuit Court must be

*Affirmed.*

*Mr. J. B. Robb* for plaintiffs in error.

*Mr. F. A. Brooks* for defendant in error.